IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIO SANDEKLI-YATIM, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | §   No. 3:26-cv-115-K (BT) |
| | § |
| JIMMY JOHNSON, et al., | § |
| | § |
| Respondents. | § |

## ORDER

Before the Court is Petitioner's Application for Admission *Pro Hac Vice* (PHV) (ECF No. 7) and Motion for Leave to File First Amended Petition for Writ of Habeas Corpus (ECF No. 8).

The Court now **ORDERS**:

- Petitioner's PHV application is **GRANTED**. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further **ORDERED** that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCrR 49.2(g);

- Petitioner's Motion for Leave to File First Amended Petition is **GRANTED**; and

- This Court has not yet adopted uniform style rules, but Petitioner is **DIRECTED** to file all future pleadings using spacing, font sizes, and style similar to those contained in this Order.

**SO ORDERED.**

February 6, 2026.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE